# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID T. MARKS, | Case No. 2:16-cv-03034-APG-NJK |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY., | (ECF. Nos. 13, 15, 18) |
| Defendant. | |

On January 7, 2018, Magistrate Judge Koppe entered a report and recommendation that I remand this case to the administrative law judge. No party filed an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 18) is accepted**, the plaintiff's motion for remand **(ECF No. 13) is GRANTED**, and the defendant's motion to affirm **(ECF No. 15) is DENIED**. This case is REMANDED to the administrative law judge for further proceedings consistent with this order and with Judge Koppe's report and recommendation.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE