# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| David T. Marks | **JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 2:16-cv-03034-APG-NJK |
| Commissioner of Social Security | |
| Defendant. | |

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff David Marks' attorneys, the Law Offices of Lawrence D. Rohlfing, are awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $12,000.00.

| | |
|---|---|
| 9/9/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |